UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **HAROLD SCHAFFER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:24-cv-00741** |
| | ) | |
| **CALEB HUDGENS et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Lynda M. Hill ("R&R") (Doc. No. 20), recommending that the Court grant Bobby Spyres, Madison Campbell, Dakota Taylor, and Claude Hudgens's partial motion to dismiss Harold Schaffer's state law claims (Doc. No. 17) and dismiss Defendants Caleb Hudgens, Steven White, and William Green without prejudice for lack of timely service of process under Fed. R. Civ. P. 4(m). The R&R, issued on September 21, 2026, notified the parties that any objections must be filed within fourteen days after service. (Doc. No. 20 at 6). Having received no objections to the R&R, the Court need only review the R&R for clear error. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

The Court has nevertheless conducted a de novo review of the R&R and the record. The Court agrees with the Magistrate Judge that Tennessee law does not recognize a private cause of action for violations of the Tennessee Constitution, that Defendants are immune from Plaintiff's state law negligence claim, and that dismissal of the unserved Defendants is warranted under Rule 4(m).

Accordingly, the Court **ADOPTS** the R&R (Doc. No. 20) in its entirety. The partial motion to dismiss (Doc. No. 17) is **GRANTED**, and Schaffer's state law claims against Defendants Bobby Spyres, Madison Campbell, Dakota Taylor, and Claude Hudgens are **DISMISSED WITH PREJUDICE**. The claims against Defendants Caleb Hudgens, Steven White, and William Green are **DISMISSED WITHOUT PREJUDICE** under Rule 4(m). Plaintiff's claims under 42 U.S.C. § 1983 against the remaining Defendants shall proceed.

IT IS SO ORDERED

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE